AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

Silvercup Studios Associates Limited Partnership )
                    *Plaintiff* )
                       v. )   Civil Action No. CV10-6028
Steven Baharestani, aka Steven Bahar, individually )
and doing business as Silvercup Hotel, Long Island C )
                  *Defendant* )

VITALIANO, J.

LEVY M.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Long Island City Partners
                                       11 Brighton Road South
                                       Manhasset, NY 11020
                                       Attn: Steven Baharestani

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Cowan, Liebowitz & Latman, P.C.
                                                1133 Avenue of the Americas
                                                New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT C. HEINEMANN
*CLERK OF COURT*

Date:   12/29/2010                                                                                             *Signature of Clerk or Deputy Clerk*

United States District Court for the
Eastern District of New York

---

Silvercup Studios Associates Limited
Partnership,
                            Plaintiff,

-against-

                                               **AFFIDAVIT OF SERVICE**
                                               Civil Action No. CV 10-6028

Steven Baharestani, aka Steven Bahar,
individually and doing business as Silvercup
Hotel, et al.,
                            Defendants.

---

TO: Long Island City Partners
    11 Brighton Road South
    Manhasset, NY 11020
    Attn: Steven Baharestani

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is not a party to this action.

That on the 4th day of January, 2011, at approximately the time of 2:15 p.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served the Summons in a Civil Action, Complaint, Individual Motion Practices and Rules of Judge Eric N. Vitaliano and Individual Practices and Rules of Magistrate Judge Robert M. Levy, upon **LONG ISLAND CITY PARTNERS LLC,** the defendant in this action, by delivering to and leaving with Chad Matice an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 303, of the Limited Liability Company Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Chad Matice is a white male, approximately 30 years of age, stands approximately 5 feet 10 inches tall, weights approximately 165 pounds with dark brown hair and wears glasses.

                                                                     Denise L. Dooley

Sworn to before me
this 4th day of January 2011.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2014