**EXHIBIT A**



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Jan 22 04:05:46 EST 2011

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

### Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

# Silver Cup Hotel

| | |
|---|---|
| **Word Mark** | SILVER CUP HOTEL |
| **Goods and Services** | IC 043. US 100 101. G & S: Providing hotel accommodation |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85161077 |
| **Filing Date** | October 26, 2010 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Steven Baharestani DBA Silver Cup Hotel LIMITED LIABILITY COMPANY NEW YORK 29-11 39th Avenue Long Island City NEW YORK 11101 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY