# EXHIBIT B



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jan 22 04:05:46 EST 2011*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 2 out of 16**

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# SILVERCUP WEST

| | |
|---|---|
| **Word Mark** | **SILVERCUP** WEST |
| **Goods and Services** | IC 037. US 100 103 106. G & S: COMMERCIAL AND RESIDENTIAL REAL ESTATE DEVELOPMENT. FIRST USE: 20041231. FIRST USE IN COMMERCE: 20041231 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77977145 |
| **Filing Date** | May 8, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 15, 2008 |
| **Registration Number** | 3729961 |
| **Registration Date** | December 22, 2009 |
| **Owner** | (REGISTRANT) Silvercup Studios Associates Limited Partnership Silvercup Studios, Inc., a New York corporation LIMITED PARTNERSHIP CONNECTICUT 42-22 22nd Street Long Island City NEW YORK 11101 |
| **Attorney of Record** | Deborah K. Squiers |
| **Prior Registrations** | 2043232 |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jan 22 04:05:46 EST 2011*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:        OR   Jump   to record:        **Record 3 out of 16**

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# SILVERCUP

| | |
|---|---|
| **Word Mark** | **SILVERCUP** |
| **Goods and Services** | IC 036. US 100 101 102. G & S: COMMERCIAL REAL ESTATE LEASING AND MANAGEMENT. FIRST USE: 19800828. FIRST USE IN COMMERCE: 19830101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77977144 |
| **Filing Date** | May 8, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 15, 2008 |
| **Registration Number** | 3729960 |
| **Registration Date** | December 22, 2009 |
| **Owner** | (REGISTRANT) Silvercup Studios Associates Limited Partnership Silvercup Studios, Inc., a New York corporation LIMITED PARTNERSHIP CONNECTICUT 42-22 22nd Street Long Island City NEW YORK 11101 |
| **Attorney of Record** | Deborah K. Squiers |
| **Prior Registrations** | 2043232 |

**Type of Mark**      SERVICE MARK
**Register**          PRINCIPAL
**Live/Dead Indicator** LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jan 22 04:05:46 EST 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At:   OR Jump to record:  **Record 4 out of 16**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# SILVERCUP

| | |
|---|---|
| **Word Mark** | SILVERCUP |
| **Goods and Services** | IC 036. US 100 101 102. G & S: COMMERCIAL REAL ESTATE LEASING AND MANAGEMENT. FIRST USE: 19800828. FIRST USE IN COMMERCE: 19830101 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 77977143 |
| **Filing Date** | May 8, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 15, 2008 |
| **Registration Number** | 3729959 |
| **Registration Date** | December 22, 2009 |
| **Owner** | (REGISTRANT) Silvercup Studios Associates Limited Partnership Silvercup Studios, Inc., a New York corporation LIMITED PARTNERSHIP CONNECTICUT 42-22 22nd Street Long Island City NEW YORK 11101 |
| **Attorney of Record** | Deborah K. Squiers |
| **Prior Registrations** | 2043232 |

Case 1:10-cv-06028-ENV -RML   Document 8-2   Filed 01/24/11   Page 7 of 13

| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word "SILVERCUP" in bold, stylized capital letters in the form of an arc. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jan 22 04:05:46 EST 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 8 out of 16**

---

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# SILVERCUP STUDIOS

| | |
|---|---|
| **Word Mark** | SILVERCUP STUDIOS |
| **Goods and Services** | IC 041. US 100 101 107. G & S: CINEMA STUDIOS FOR MOTION PICTURE, TELEVISION, COMMERCIALS AND MUSIC VIDEOS. FIRST USE: 19800828. FIRST USE IN COMMERCE: 19830101 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 77177948 |
| **Filing Date** | May 10, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 6, 2007 |
| **Registration Number** | 3372049 |
| **Registration Date** | January 22, 2008 |
| **Owner** | (REGISTRANT) Silvercup Studios Associates Limited Partnership Silvercup Studios, Inc., a New York corporation LIMITED PARTNERSHIP CONNECTICUT 42-22 22nd Street Long Island City NEW YORK 11101 |
| **Attorney of Record** | Deborah K. Squiers, Esq. |

| | |
|---|---|
| **Prior Registrations** | 2043232 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STUDIOS" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word SILVERCUP in bold, stylized capital letters in the shape of an arc, centered below which is the word STUDIOS in smaller capital letters. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP  PREV LIST  CURR LIST

NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jan 22 04:05:46 EST 2011*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At:          OR   Jump | to record:         **Record 9 out of 16**

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# SILVERCUP STUDIOS

| | |
|---|---|
| **Word Mark** | **SILVERCUP** STUDIOS |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: UMBRELLAS. FIRST USE: 19940000. FIRST USE IN COMMERCE: 19940000 |
| | IC 021. US 002 013 023 029 030 033 040 050. G & S: MUGS. FIRST USE: 19940000. FIRST USE IN COMMERCE: 19940000 |
| | IC 025. US 022 039. G & S: T-SHIRTS, HEADWEAR, SWEATSHIRTS. FIRST USE: 19940000. FIRST USE IN COMMERCE: 19940000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 77177940 |
| **Filing Date** | May 10, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 30, 2007 |
| **Registration Number** | 3368826 |
| **Registration Date** | January 15, 2008 |

Case 1:10-cv-06028-ENV -RML   Document 8-2   Filed 01/24/11   Page 11 of 13

| Owner | (REGISTRANT) Silvercup Studios Associates Limited Partnership Silvercup Studios, Inc., a New York corporation LIMITED PARTNERSHIP CONNECTICUT 42-22 22nd Street Long Island City NEW YORK 11101 |
|---|---|
| Attorney of Record | Deborah K. Squiers, Esq. |
| Prior Registrations | 2043232 |
| Description of Mark | The mark consists of the word SILVERCUP in bold, stylized capital letters in the shape of an arc, centered below which is the word STUDIOS in smaller capital letters. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jan 22 04:05:46 EST 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 10 out of 16**

TARR Status   ASSIGN Status   TDR   TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **SILVERCUP** STUDIOS |
| **Goods and Services** | IC 041. US 100 101 107. G & S: cinema studios for motion picture, television, music video, and television productions. FIRST USE: 19800828. FIRST USE IN COMMERCE: 19830101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75051923 |
| **Filing Date** | February 1, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 17, 1996 |
| **Registration Number** | 2043232 |
| **Registration Date** | March 11, 1997 |
| **Owner** | (REGISTRANT) Silvercup Studios Associates Limited Partnership composed of Silvercup Studios, Inc., a New York corporation LIMITED PARTNERSHIP CONNECTICUT 42-22 22nd Street Long Island City NEW YORK 11101 |
| **Attorney of Record** | JEREMY NUSSBAUM |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STUDIOS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060901. |

Trademark Electronic Search System (TESS)                    http://tess2.uspto.gov/bin/showfield?f=doc&state=4002:3bajib.3.10

| | |
|---|---|
| **Renewal** | 1ST RENEWAL 20060901 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

1/24/2011 12:50 PM