**EXHIBIT C**



## New York City's Largest Film & Television Production Facility



Since opening the first studio in what was the former flour silo room of the landmark Silvercup Bakery in 1983, **Silvercup Studios** quickly established itself as the largest independent, full-service film and television production facility in the northeastern United States. The complex comprises a total of 13 shooting stages on its **Main Lot** (Roof and Loft spaces are also available) located at 42-22 22nd Street in Long Island City, ranging in size from 3,000 to 18,000 ft$^2$ and five 16,000 ft$^2$ studios and one 9,400 ft$^2$ (each with grid heights of 28') on its **East Lot** which is located at 34-02 Starr Avenue, in Long Island City. Both facilities offer on-site production offices, extensive set, prop and wardrobe storage areas and are conveniently located within minutes of midtown Manhattan in close proximity to both the Queens Midtown Tunnel and the Queensboro (59th Street) Bridge.

In addition to providing production facilities, Silvercup has a fully-equipped on-site lighting and grip department as well as a lumber yard with paint, hardware and other set building supplies. Silvercup's affiliated location lighting company, **Silvertrucks**, also provides a full complement of lighting and grip equipment as well as generators.



Silvercup is currently home to NBC's 30 Rock and WB's Gossip Girl, ABC's Ugly Betty, Fox's Fringe and HBO's In Treatment. HBO's The Sopranos and Sex & the City completed their successful runs at our studios; The facility has also hosted QVC's home shopping channel, Q2, which broadcast live, eighteen hours per day and has provided studio and production facilities for Kidnapped, Hope & Faith, Jonny Zero, Queens Supreme, Welcome to New York and The Education of Max Bickford, among others.

Over four hundred commercials are produced at the facility each year including national and regional campaigns for Wendy's, Olive Garden, Old Navy, Victoria's Secret, The Gap, Verizon and MCI.

Among the feature films which have been shot at Silvercup are 20th Century Fox's What Happens in Vegas starring Cameron Diaz and Aston Kutcher, Castle Rock/Warner Bros. film Music & Lyrics starring Hugh Grant and Drew Barrymore, El Cantante with Jennifer Lopez and Marc Anthony and Castle Rock's No Reservations starring Catherine Zeta-Jones; as well as Fox 2000's The Devil Wears Prada with Meryl Streep and Anne Hathaway, Fox Searchlight's The Savages starring Philip Seymour Hoffman and Laura Linney; New Line Cinema's Little Children with Kate Winslet and Jennifer Connelly Pale

Bay's The Night Listener with Robin Williams, others include New Line Cinema's Birth with Nicole Kidman; Stay with Ewan McGregor and Hide & Seek with Robert De Niro, both for 20th Century Fox; Dark Water, Just My Luck, Uptown Girls, Two Weeks Notice, Changing Lanes, People I Know, and Adam Sandler's Mr. Deeds. Other notable films that have been shot at Silvercup include: Big Daddy, Little Nicky; Gangs of New York and Mickey Blue Eyes with Hugh Grant.

Silvercup Studios also provides facilities for still photography including shoots for fashion magazines such as Vogue, Elle, Mirabella as well as The Source and XXL. Annie Liebowitz's famous cover shot for Bruce Springsteen's Born in the USA album was shot on our stages. Many music videos have been produced and shot at the studio for artists such as Beyonce, Madonna, Mariah Carey, Kenny G. Whitney Houston, Janet Jackson, Billy Joel, Bon Jovi, Limp Bizkit, George Michael, Nine Inch Nails, Britney Spears and Justin Timberlake.



Located at 42-22 22nd Street in Long Island City, Silvercup's Main Lot features

- **13 studios** (9 of which have cycloramas)
- **drive-on access**
- **dressing rooms**
- **production office suites**
- **rooftop shooting space with Manhattan skyline views**
- **print photography studios**
- **Kino Flo Lighting**
- **Square Wave HMI's**
- **Britelite Xenons**
- **music video stages**
- **set storage**
- and parking for over 150 vehicles.

For rates and availability, contact Silvercup Studios at 718-906-2000.
For additional studios, see East Lot.

### Main Lot Floor Plan

### Silvercup Studios Fact Sheet

**Directions to Silvercup Studios**

| Studio 1  | Studio 2 | Studio 3 |
| Studio 4  | Studio 5 | Studio 6 |
| Studio 7  | Studio 8 | Studio 9 |
| Studio 10 | Studio A | Studio B |
|           | Studio X |          |

The information in these floor plans is subject to change. Silvercup Studios is not responsible for any errors or omissions.