# EXHIBIT D

Case 1:10-cv-06028-ENV -RML   Document 8-4   Filed 01/24/11   Page 2 of 2

# SivlerCup Hotel

From: **Daniel Sasse** (daniel_sasse@hotmail.com)
Sent: Wed 10/06/10 10:34 AM
To:     tom@themarino.org
Cc:     Steven bahar (stevenbahar@gmail.com)
Bcc:    Daniel SilverCup (daniel@silvercuphotel.com)

Tom,

Good morning. Very nice speaking with you over the phone.

I wanted to reach out to you and introduce myself and Steven Bahar (cc'd above)

We are near completion of a 65 room boutique hotel in LIC and one name we are considering is Silver Cup Hotel

We are looking to open on Jan 1st 2011

Per our conversation lets keep this dialogue open as we see it as a win-win situation for both parties

Many thanks
Daniel Sasse
Consultant
646-331-1173