**EXHIBIT E**



steven baharestani <stevenbahar@gmail.com>

## SilverCup Trademark

**Steven Bahar <stevenbahar@gmail.com>**　　　　　　　　　　Wed, Nov 17, 2010 at 10:55 AM
To: jzk@cll.com

Mr. King,
As i said on the phone earlier, we are 100% willing to cease any plans in using the name Silvercup for my hotel.  Daniel Sasse had left a message for someone at SilverCup Studio several weeks ago, when we chose the name, but did not recieve a call back. I sincerely apologize for any confusion.


--
**STEVEN BAHAR**
148 Madison Ave 11th Floor
New York, NY 10016
ph  212 686 1400
fax 212 656 1115