# EXHIBIT F



steven baharestani <stevenbahar@gmail.com>

## SilverCup Trademark

**King, Jonathan <JZK@cll.com>**　　　　　　　　　　Wed, Nov 17, 2010 at 11:13 AM
To: Steven Bahar <stevenbahar@gmail.com>

FOR SETTLEMENT PURPOSES ONLY – NOT ADMISSIBLE FOR ANY PURPOSE

Thank you. I will be in touch with you after I speak with my client. Please begin the process of changing over the name, and I will get approval to draft the simple settlement agreement we discussed.

Jonathan Z. King
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9238

**From:** Steven Bahar [mailto:stevenbahar@gmail.com]
**Sent:** Wednesday, November 17, 2010 10:56 AM
**To:** King, Jonathan
**Subject:** SilverCup Trademark

[Quoted text hidden]

*********************************************************

IRS CIRCULAR 230 DISCLOSURE
Under regulations issued by the U.S. Treasury, to the extent that tax advice is contained in this communication (or any attachment or enclosure hereto), you are advised that such tax advice is not intended or written to be used, and cannot be used by you, or any other party to whom this correspondence is shown, for the purpose of: (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending the tax advice addressed herein to any other party.

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************