**EXHIBIT G**



steven baharestani <stevenbahar@gmail.com>

# FW: Silvercup Hotel

**Tom Brown <TBrown@fr.com>**　　　　　　　　　　　　　　Mon, Nov 22, 2010 at 9:37 PM
To: Steven Bahar <stevenbahar@gmail.com>

**From:** Tom Brown
**Sent:** Monday, November 22, 2010 9:38 PM
**To:** King, Jonathan
**Subject:** Silvercup Hotel

Dear Jonathan:

Thank you for speaking with me earlier today. I write to discuss a proposed resolution of this matter.

As an initial matter, as we discussed, my client firmly disagrees with your contention that Silvercup Studios has trademark rights to the name Silvercup Hotel. This is particularly true since, as we understand it, your client's only use in commerce of the name Silvercup has been in connection with its film and television studio business. Put simply, there is no likelihood that a consumer would confuse a hotel with a movie studio. Moreover, to the extent your client is concerned about the appearance of affiliation or sponsorship, an appropriate disclaimer would undoubtedly suffice to dispel any such inference.

As a show of good will, however, my client is willing to incur the expense of rebranding his hotel. My client will also transfer ownership of the domain name silvercupstudio.com (which was, in any event, my client's intent from the beginning). We note that my client has demonstrated the utmost good faith since the inception of this matter, having contacted your client long ago regarding the proposed hotel name, and having contacted you directly immediately upon receipt of your letter.

That said, we take issue with your request that my client transfer the domain name silvercuphotel.com to your client. First, such a transfer would work significant harm on my client, who would lose innumerable potential customers who may be looking for my client's web presence in response to his existing advertising. Second, we frankly do not understand the justification for such a demand. Your client simply has no claim to the domain name silvercuphotel.com, any more than it has a claim to the name silvercup.com (fish feed), silvercupcoffee.com (coffee), silvercupchalk.net (billiard chalk), or silvercupbakery.com (bakery in San Diego, California), to name just a few. Even silvercupapartments.com and silvercupcondo.com are already registered to apparent third parties, casting some doubt on the effectiveness of your client's policing of its alleged mark.

We do recognize that your client has a contrary view, and we wish to resolve this matter amicably and to the parties' mutual satisfaction. It is for this reason that my client previously requested an in-person meeting with your client. My client still believes that such a meeting would be an efficient and effective way to resolve this dispute. Please let us know if your client would be amenable to such a meeting.

We look forward to hearing from you.

Regards,

Tom Brown


**Tom Brown**
Fish & Richardson PC
One Marina Park Drive
Boston, Massachusetts 02210
Phone: (617) 521-7834

Bio: http://www.fr.com/thomas-a-brown/

LinkedIn: http://www.linkedin.com/in/thomasaribrown

*************************************************************
*************************************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be used,
for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or matter
addressed herein.(FR08-i203d)