# EXHIBIT H



steven baharestani <stevenbahar@gmail.com>

# www.silvercupstudio.com

**Steven Bahar <stevenbahar@gmail.com>**  Fri, Jan 14, 2011 at 10:06 AM
To: "King, Jonathan" <jzk@cll.com>
Cc: sms@silvercupstudios.com

Dear Mr. King,

    I write with respect to the domain name www.silvercupstudio.com. As you are aware, my previous attorney Thomas Brown sent you an email dated November 22, 2010 wherein I offered in good faith to transfer the referenced domain name to your client Silvercup Studios despite any evidence that your client has any rights to this domain name. I again stated to your client, in your presence, at a face to face meeting on December 1, 2010 that the domain name www.silvercupstudio.com would be unconditionally transferred and they could send the transfer request that evening. As you are aware, in order to effectuate a transfer of a domain name, your client must initiate the transfer or provide its godaddy account information so that such a transfer may be completed. To date, your client has failed to initiate the transfer of the referenced domain name, provide its godaddy account information or to provide any meaningful response to this issue.

    It is apparent that your client's failure to initiate the transfer or provide your client's account information to effectuate the transfer of the domain name, despite my previous efforts to unconditionally release my ownership rights to the domain name, is a deliberate and intentional act to frame your client's baseless claim of alleged cybersquatting and cyberpiracy. Despite many years of conducting business as Silvercup Studios, your client never made efforts to register the domain name www.silvercupstudio.com and now conveniently take issue with the use of same.

    Therefore i will voluntarily release my ownership rights to the domain name www.silvercupstudio.com. Based upon my lack of knowledge that your client has any more rights to the referenced domain name than any other party, be advised I will release the domain name into the public domain.

--
**STEVEN BAHAR**
148 Madison Ave 11th Floor
New York, NY 10016
ph  212 686 1400
fax 212 656 1115